United States District Court
Southern District of Texas
**ENTERED**
October 17, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSEPHINE V. SALAS, <br> Plaintiff, | § <br> § <br> § | |
| v. | § | Civil Action No. 1:19-cv-00167 |
| | § | |
| WELLS FARGO BANK, N.A., and <br> SUBSTITUTE TRUSTEE ARNOLD <br> MENDOZA, <br> Defendants. | § <br> § <br> § <br> § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 9) in the above-captioned case. The R&R recommended the Court deny Plaintiff Josephine V. Salas's "Motion to Remand" ("Plaintiff's Motion") (Docket No. 7). Objections were due September 27, 2019. No objections were filed by either party. After a *de novo* review of the record, the "Magistrate Judge's Report and Recommendation" (Docket No. 9) is **ADOPTED**. It is therefore **ORDERED** that Plaintiff's Motion be **DENIED**.

Signed on this 17th day of October, 2019.

Rolando Olvera
United States District Judge