United States District Court
Southern District of Texas
**ENTERED**
April 17, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSEPHINE V. SALAS, §<br>    Plaintiff, §<br>§<br>v. §<br>§<br>WELLS FARGO BANK, N.A., and §<br>ARNOLD MENDOZA, Substitute Trustee, §<br>    Defendants. § | Civil Action No. 1:19-cv-00167 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

     Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 15). The R&R recommended the following: (1) dismiss the case with prejudice; (2) close the case; and (3) order Juan Angel Guerra ("Plaintiff's Counsel") to file a statement to show cause for not being held in contempt of court.

     Objections were due March 11, 2020. No objections were filed by either party. A "clearly erroneous, abuse of discretion and contrary to law" standard of review is appropriate when there has been no objection to the magistrate's ruling. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**. As a result, Josephine V. Salas's cause of action against Wells Fargo Bank and Arnold Mendoza is **DISMISSED WITH PREJUDICE**.

     Although the Court has dismissed all of Plaintiff's claims, the Court will keep the case open while considering possible sanctions against Plaintiff's Counsel. Pursuant to Federal Rule of Civil Procedure 11(c)(3), the Court **ORDERS** Plaintiff's Counsel to file a verified statement with the Court showing cause to not be held in contempt of court. The deadline for Plaintiff's Counsel's statement is no later than **May 15, 2020**.

Signed on this **16th** day of **April**, 2020.

_____
Rolando Olvera
United States District Judge